No. 90–7074.   JORDAN v. NEW YORK.   App. Div., Sup. Ct. N. Y., 4th Jud. Dept.   Certiorari denied.

No. 90–7076.   MCKEE v. SPECKARD, SUPERINTENDENT, GROVELAND CORRECTIONAL FACILITY, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 90–7087.   PONDER v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 90–7183.   HINOJOSA v. UNITED STATES; and
No. 90–7198.   ROCHA ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 916 F. 2d 219.

No. 90–7216.   MASSA v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT.   C. A. 8th Cir.   Certiorari denied.

No. 90–7217.   BOISE v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–7258.   ALVAREZ v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–7261.   SIMMONS v. MARSH, SECRETARY OF THE ARMY. C. A. 4th Cir.   Certiorari denied.

No. 90–7309.   WAGNER v. UNITED STATES DEPARTMENT OF JUSTICE.   C. A. 7th Cir.   Certiorari denied.

No. 90–7332.   DAVIS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–7389.   HARRIS v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA.   C. A. 4th Cir. Certiorari denied.

No. 90–7399.   WEST v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–7413.   CAHILL v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–7442.   ASSA'AD-FALTAS v. ARMSTRONG ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 90–7510.   MARTIN v. THOMPSON ET AL.   C. A. 7th Cir. Certiorari denied.